IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAWN CAVEYE; DANA DALTON,<br><br>                    Plaintiffs,<br><br>      V.<br><br>LITHIA MOTORS, INC; LITHIA FINANCIAL CORPORATION; SALEM-V, LLC; LITHIA MEDFORD HON, INC.,<br><br>                  Defendants. | 6:17-cv-00674-TC<br><br>JUDGMENT |

This action is dismissed without prejudice.

Dated this 8th day of September 2017.

                                                  Mary L. Moran, Clerk of Court

                                                  by: s/P. Bruch
                                                      Paul Bruch, Deputy Clerk